```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

JOHN E. BOYLE,
    Plaintiff,

    v.                                          CIVIL ACTION NO.
                                                                                                                                                      09-11435-MBB

BARNSTABLE POLICE DEPARTMENT,
TOWN OF BARNSTABLE, JOHN KLIMM,
Town Manager, CHIEF JOHN FINNEGAN
(retired), SGT. ARTHUR CAIDO and
SGT. RICHARD MORSE,
    Defendants.

### **FINAL JUDGMENT**

**June 11, 2012**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff John E. Boyle take nothing from defendants, that this action is dismissed on the merits, and that defendants recover their costs under Rule 54(d)(1), Fed. R. Civ. P., from plaintiff.

                                                                                            /s/ Marianne B. Bowler
                                                                                       **MARIANNE B. BOWLER**
                                                                             United States Magistrate Judge